FILED

2022 MAR 24 AM 10:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

Zuri A'Giza
Address: 65 Pine Avenue, Suite 183
Long Beach, CA 90802
Telephone Number: (424) 744-6891
Email: zuriagiza6@gmail.com
Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zuri A'Giza <br><br> Plaintiff <br><br> V. <br><br> County of Los Angeles and Martin Luther King, Jr. Community Hospital and Cedars-Sinai Medical Center and Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4. <br><br> Defendant(s) | Case #:   2:22-CV-01920-JLS-SK <br><br> PRO SE 15 (REV. 12/16) COMPLAINT FOR VIOLATION OF PUBLIC CIVIL RIGHTS, UNDER MEDICAL LAW IN COUNTY OF LOS ANGELES, California, AS (NON-PRISONER) COMPLAINT, UNDER 42 U.S. CODE SECTION 1981 THROUGH 1983, AND FOR DAMAGES. <br> Cause of action: Defendant's ode a duty to plaintiff under federal law, and defendant's breach was motivated by deprivation of plaintiff Medical insurance, as is required to be done, under state law. Conclusion: The foregoing will be based on: unreasonable risk, and malpractice, and the malpractice was the proximate cause of plaintiff damages in the case, motivate by malice, based on: Following plaintiff repeatedly hospital discharge to the city streets without hope, repeatedly Type 3 ambulance service, was important, motivated by plaintiff urgent case was not stabilize, as is required to be done, under federal law. Plaintiff is seeking general damages, and special damages, based on leg amputation without consent, and other medical records, as is required to be done, under medical law, and state law. <br><br> Original jurisdiction, and the complaint question of law, will be based on: Health Care, Human Services, and Title VI of the Civil Rights Act of 1964. Plaintiff seeking 7000000 dollars, no jury trial. |

### 1.THE PARTIES TO THIS COMPLAINT

Defendant's ode a duty to plaintiff Zuri A'Giza, see attachments, as exhibits (A) through (D), as introduction to plaintiff Zuri A'Giza medical records, also was agreement enforceable under contract law, and area of Tort law known as involved negligence harm caused by defendant failing to act, as is required to be done, under

ORIGINAL

COMPLAINT FOR VIOLATIO OF CIVIL RIGHTS (NON - PRISONER) UNITED STATES COURTS

contract law. Contract law is an area of United States law that involves agreements between people, businesses, and groups. When someone does not follow an agreement, it is called a breach of contract, and contract laws allow you to take the Problem to court.

Defendant County of Los Angeles following agency, employees, and associates in the case, breach was in violation of state law, based on:

A. Hospital discharge planning is a process that determines the kind of care you need after you leave the hospital. Discharge plans can help prevent future readmissions, and they should make your move from the hospital to your home, or another facility as safe as possible.

B. The historical rule for hospitals is that they must act reasonably in their decisions to treat patients.

C. Under federal law, stabilization is a process to help prevent a sick, or injured person from having their medical condition deteriorate further too quickly before they can be treated in depth at a medical facility.

D. Order authorizing conservator to give consent for medical, granted the powers specified in Probate Code section 2355, a. The treatment shall be performed by an accredited practitioner.

E. Medicare Part (B), may help pay for doctor visits, preventive services, lab tests, medical equipment, and supplies, and more.

F. As the hospital owes a duty of care to its patients, such a duty is card by all staff; both medical, and non- medical. However, the duty identified was for receptionists to take reasonable care not to provide misleading advice as to the availability government.

G. All surgeries done in authorized hospitals keep medical recorded of all the practices within that hospital guideline, and authorized through the federal of medical assistance. Jan 9, 2019.

The big breach is Weather defendant's violation federal law in the case, based on:

The elements of a cause of action in tort for professional negligence are (1) the duty of the professional to use such skill, prudence, and diligence as other members of his profession commonly possess, and exercies; (2) a breach of that duty; (3) a proximate causal con election between the negligent conduct, and the big breach in the case, will be based on: Presents anywhere on the hospital campus, and requests emergency services, or who would appear to a reasonably prudent person to be in need of medical attention, must be handled under Emergency Medical Treatment by & Labor Act.

## 2. ADDITIONAL PARTY CONTACT INFORMATION

Can plaintiff Zuri A'Giza legally have two names in the case, in the U.S. absolutely you can't do it legally to commit fraud, of course, but other than that you can use as many names as you wan. You also do not have to go to court to change you name although getting other people to recognize you new name is another issue altogether. Plaintiff Zuri A'Giza Disability is under the Social Security Act of 1935, also under the American with Disability Act of 1990, and is registered at the U.S. Social Security Administration, and my only income to be as Supplemental Security Income, Social Security number: 2224, also at the California Department of Motor Vehicles, ID#: M7205475, also at Department of Public Social Services - Angeles County, or the contract is on of the main legal document which is mutually accepted, and signed between two parties, and plaintiff Zuri A'Giza have no legal warrant. Plaintiff is suing the defendant's, as a African American under the Civil Rights Act of 1964. Plaintiff Zuri A'Giza address in law: 65 Pine Avenue Suite 183 Long Beach, CA 90802; Telephone number: (424) 327-0995; Email: zuriagiza6 @gmail.com.

Section 1983, is the primary legal tool to challenge civil rights violations. The statute creates a cause of action for money damages, or injunctive relief against statute creates a cause of action for money damages, or injunctive relief against srare officials, local officials, or local governments when they violate the Constitution,

Page 3 of 7 pages

or federal law.

Defendant County of Los Angeles, will be as real party in interest in the case, based on: California state government is responsible for the regulation, and oversight of health care facilities through multiple agencies, commissions. May 30, 2014, and for other necessary information, Call the County operator at (213) 974-1234, available 24-7, or you can also email info@lacounty.gov, or visit the public counter at 500 W. Temple st,. Room 358, Los Angeles, CA 90012.

Defendant Martin Luther King, Jr. Community hospital, and defendant Cedars-Sinai Medical Center, is being sued, based on: If you believe you were harmed by medical malpractice, or any other form of negligence, in a California hospital, you can file a lawsuit against the hospital to recover financial compensation for your physical, and emotional harm. Aug 16, 2021. Defendant Martin Luther King, Jr. Community hospital, in the case, will be as defendant County of Los Angeles, hospital, or agency In the case, doing business at 680 East 120th Street Los Angeles, CA 90059; Telephone number: (424) 321-7693; Medsite: www.mlkcommunityhospital.org/; CMS certification number: 050779; also defendant cedars-Sinai Medical Center, will be as defendant County of Los Angeles agency, or associate in the case, doing business at 8700 Beverly Blvd #: 2900A, Los Angeles, CA 90048; Telephone number: (310) 423-3277; Email: www.laxurgentcare.com; Defendant Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4, will be as defendant County of Los Angeles employees in the case. doing business at the foregoing hospital's: The foregoing defendant's old plaintiff Zuri A'Giza a duty of care, and where there is a contract, or retainer in place such as for the provision of professional services, this will generally determine the scope of the duty in the case.

## 4. ORIGINAL JURISDICTION

Defendant's Breach of duty, as is required to be done, under federal law, in County of Los Angeles, California, on: January 28, 2020, time 2: 49 PM, and plaintiff Zuri A'Giza is over the age of 18, and the amount of damages in controversy, $75,000.

Page 4 of 7 pages

5.COMPLAINT

the foregoing agency, employees, and associate, had the commission to act as County of Los Angeles, and subjected the plaintiff to conduct that occurred under color of state law, and this conduct deprived the plaintiff of rights, privileges, or Immunities guaranteed under federal law, or the U.S. Constitution, based on: Defendant's breach of duty, as is required to be done, Constitution of United States of America 1789 (rev. 1992) Section 1, motivated by deprivation of plaintiff Zuri A'Giza Medical insurance, without procedural due process.

6. DAMAGES DEMAND

The damages demand, will be on the following grounds: The power, or scope to act as one plesses, motivate by repeated medical treatment, and malice, based on: Deprivation of A legal entitlement to speech, and to have property, as is by white citizens, and the action of surgically cutting off a limb, causing phantom pain: Phantom pain is pain that feels like its coming from a body part that's no longer there. Doctors once believed this posts amputation phenomenon was a psychological problem, but experts now recognize that these real sensations originate in the spinal cord, and brain. Jun 11, 2021. Plaintiff Zuri A'Giza future mental pain, and suffering in the case, will be on the following grounds: Phantom pain does eventually go away with time. Many people find their pain has decreased by about 75, percent, or more within two years after amputation surgery. If it does return, talk to your doctor. There may be an underlying problem - such as a neurons (nerve overgrowth) - triggering the sensation.

7. SETTLEMENT DEMAND OUT OF COURT

The settlement demand, will be based on: On a health care agreement, between the party in the case, had no legal value, as is required to be done, as is enjoyed by white citizens, based on:

A. Once the physician consensually enters into a relationship with a patient in any of these ways, a legal contract is formed in which the physician owes a duty to that

Page 5 of 7 pages

patient to continue to treat, or properly terminate the relationship.

B. As members of a medical team in hospitals, field health stations, and clinipue, Clinical Social Workers provide psycho therapeutic services to patients, and relatives in individual, couple, or group settings to assist them in adjusting to the physical/psychological difficulties associated with illness.

C. Physical therapists examine each person, and then develops a treatment plan to improve their ability to move, reduce, or manage pain, restore function, and prevent disability. Physical therapists can have a profound effect on people's lives.

D. Was no removal of surgical staples, as is required to be done.

E. Was no physical therapy, as is required to be done.

F. Was no the role of a Social worker in a hospital setting assessing new patients as they are admitted. Providing emotional support, or counseling. Developing, and Implementing a patient's plan of care. Working with agencies, or insurance companies to cover costs of treatment, and medication. Arranging outpatient treatments.

G. The terms medical record, health record, and medical chart are used somewhat interchangeably to describe the systematic documentation of a single patient's medical history, and care across time within one particular health care provider's jurisdiction.

The defendant's action of evading the foregoing settlement demand outside of Court, and an indirect answer; a prebasic sting excuse, following the foregoing complaint, plaintiff Zuri A'Giza is seeking 7, million dollars, as 1, Liquidated damages. 2, Punitive damages. 3, Consequential damages. 4, incidental damages.

### 8. A JUDGMENT, OR DECISION REACHED BY REASONING

Damages for negligence constitutes court ordered compensation for personal injury, property damage, and associated expenses caused by the negligence of another person.

### 9. CERTIFICATION AND CLOSING

Page 6 of 7 pages

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of My knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law, or by a nonfrivolous argument for extending, modifying, or reversing law; (3) the factual contentions have evidentiary support, or if specifically so identified, will likely evidentiary support after a reasonable opportunity for further investigation, or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address case-related may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Executed on: March 22, 2022

By: _Zuri a'Giza_
Zuri A'Giza
Plaintiff in Pro Per
Address: 65 Pine Avenue, Suite 183.
Long Beach, CA 90802
Telephone Number: (424) 744-6891.
Email: zuriagiza6@gmail.com

SUMMARY

An amputation may be needed if: you have a severe infection in your limb. Your limb has been affected by gangrene (often as a result of peripheral arterial disease) there's serious trauma to your limb, such as a crush, or blast wound. Generally, outfit-of-pocket costs for a single session of physical therapy can range from $75-$350. On average, the cost is around $150, and the price of a new prosthetic leg can cost anywhere from $5,000 to $50,000. But even the most expensive prosthetic limbs are built to withstand only three to five years of wear and tear, meaning they will need to be replaced over the course of lifetime, and they're not a onetime cost. Apr 25, 2013, or why was plaintiff Zuri A'Giza surgery in the case, was important, as duty under the party contract.

Page 7 of 7 pages

Martin Luther King. Community Hospital 1680 E. 120th Street Los A. es, CA 900593026 424-338-8000

## Patient Information

Patient Name:  AGIZA, ZURI
Home Address: 65 PINE AVE STE 183
              LONG BEACH, CA  908024718
Home Phone:    (999) 999-9999
Employer Name: Not Employed
Employer Phone:

Sex:  Male
DOB:  10/17/1948
Age:  71 Years
Religion: None
SSN:  XXX-XX-2224

## Guarantor Information

Guarantor Name: ZURI AGIZA
Patient's Reltn:  SELF
Billing Address:  65 PINE AVE STE 183
                  LONG BEACH, CA  908024718
Billing Phone: (999) 999-9999
Employer Name: Not Employed
Employer Phone:

Sex:  Male
DOB:  10/17/1948
Age:  71 Years
SSN:  XXX-XX-2224

## Contact Information

*Emergency Contact*
Contact Name:  CONTACT NO
Patient's Reltn:  Unknown
Home Phone: (999) 999-9999

*Next of Kin*
Contact Name:
Patient's Reltn:
Home Phone:

## Primary Insurance

Subscriber Name: AGIZA, ZURI
Patient's Reltn: SELF
Sex:  Male
DOB:  10/17/1948
Age:  71 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class: Medicare Part B Only
Medical Group:
Capitated:

Insurance Name: Medicare Part B Only
Claim Address:  900 42nd St S
                Fargo, ND  581086770
Insurance Phone: (855) 609-9960
Policy Number: 4HQ0XV3AP02
Group Number:
Authorization Number:
Authorization Phone:
Authorization Contact:

## Secondary Insurance

Subscriber Name: AGIZA, ZURI
Patient's Reltn: SELF
Sex:  Male
DOB:  10/17/1948
Age:  71 Years
Employer Name:  Not Employed
Employer Phone:
Financial Class: M-CAL MGD
Medical Group:  MLK OP CENTER

Insurance Name:  LA CARE  MEDI-CAL
Claim Address:   PO BOX 811580
                 LOS ANGELES, CA  90081
Insurance Phone: (866) 522-2736
Policy Number:   93050392A
Group Number:
Authorization Number: 002169681
Authorization Phone:  (877) 431-2273
Authorization Contact:

## Encounter Information

Reg Dt/Tm: 01/28/2020 20:49
Est Dt of Arrival:
Inpt Adm Dt/Tm: 01/30/2020 16:34
Disch Dt/Tm: 01/31/2020 17:15
Observation Dt/Tm:
VIP Indicator:
Admit Reason: LFT LEG PAIN

Patient Type: Inpatient
Medical Service:  Medical
Location: 5North
Room/Bed: 518 / A
Isolation:
Disease Alert:

Admit Type: Emergency
Admit Source:  Self Referral
Advance Directive: No. info not prov
Reg Clerk: Admissions Carmen May
Admit Physician: Hospitalist Christ
Attend Physician: Hospitalist Christ
PCP:

# AGIZA, ZURI
## Male / 71 Years

MRN: 00174946

FIN: 000414419

EXHIBIT (A)

Martin Luther King, Jr. Community Hospital   1680 E. 120th Street Los Angeles, CA  900593026 424-338-8000

## ———— Patient Information ————

| | |
|---|---|
| **Patient Name:** AGIZA, ZURI | **Sex:** Male |
| **Home Address:** 65 PINE AVE STE 183 | **DOB:** 10/17/1948 |
| LONG BEACH, CA  908024718  Ko 16 | **Age:** 71 Years |
| **Home Phone:** (999) 999-9999 | **Religion:** None |
| **Employer Name:** Not Employed | **SSN:** XXX-XX-2224 |
| **Employer Phone:** | |

## ———— Guarantor Information ————

| | |
|---|---|
| **Guarantor Name:** ZURI AGIZA | **Sex:** Male |
| **Patient's Reltn:** SELF | **DOB:** 10/17/1948 |
| **Billing Address:** 65 PINE AVE STE 183 | **Age:** 71 Years |
| LONG BEACH, CA  908024718 | **SSN:** XXX-XX-2224 |
| **Billing Phone:** (999) 999-9999 | |
| **Employer Name:** Not Employed | |
| **Employer Phone:** | |

## ———— Contact Information ————

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** CONTACT NO | **Contact Name:** |
| **Patient's Reltn:** Unknown | **Patient's Reltn:** |
| **Home Phone:** (999) 999-9999 | **Home Phone:** |

## ———— Primary Insurance ————

| | |
|---|---|
| **Subscriber Name:** AGIZA, ZURI | **Insurance Name:** Medicare Part B Only |
| **Patient's Reltn:** SELF | **Claim Address:** 900 42nd St S |
| **Sex:** Male | Fargo, ND  581086770 |
| **DOB:** 10/17/1948 | **Insurance Phone:** (855) 609-9960 |
| **Age:** 71 Years | **Policy Number:** 4HQ0XV3AP02 |
| **Employer Name:** Not Employed | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Medicare Part B Only | **Authorization Phone:** |
| **Medical Group:** | **Authorization Contact:** |
| **Capitated:** | |

## ———— Secondary Insurance ————

| | |
|---|---|
| **Subscriber Name:** AGIZA, ZURI | **Insurance Name:** LA CARE  MEDI-CAL |
| **Patient's Reltn:** SELF | **Claim Address:** PO BOX 811580 |
| **Sex:** Male | LOS ANGELES, CA  90081 |
| **DOB:** 10/17/1948 | **Insurance Phone:** (866) 522-2736 |
| **Age:** 71 Years | **Policy Number:** 93050392A |
| **Employer Name:** Not Employed | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** 002194448 |
| **Financial Class:** M-CAL MGD | **Authorization Phone:** (877) 431-2273 |
| **Medical Group:** OTHER | **Authorization Contact:** |

## ———— Encounter Information ————

| | | |
|---|---|---|
| **Reg Dt/Tm:** 02/10/2020 22:05 | **Patient Type:** Inpatient | **Admit Type:** Emergency |
| **Est Dt of Arrival:** | **Medical Service:** Medical | **Admit Source:** Self Referral |
| **Inpt Adm Dt/Tm:** 02/11/2020 22:00 | **Location:** 4South | **Advance Directive:** No, info not provi |
| **Disch Dt/Tm:** 02/21/2020 16:40 | **Room/Bed:** 438 / A | **Reg Clerk:** Admissions Tatiana Lop |
| **Observation Dt/Tm:** | **Isolation:** | **Admit Physician:** Hospitalist Asong |
| **VIP Indicator:** | **Disease Alert:** | **Attend Physician:** Hospitalist Pratim |
| **Admit Reason:** BODYACHES, FLUID LT LEG | | **PCP:** |

# AGIZA, ZURI
## Male / 71 Years

**MRN:** 00174946              **FIN:** 000418679      **EXHIBITS (B)**

**Inter-Facility Transfer Report**

| HIGH FALL RISK PATIENT |
|---|

# Agiza, Zuri MRN:300176243 (HAR:26723792 CSN: 29176972420) (71 year old M) (Adm: 02/26/20 1145) PCP: None Inpatient

North-448   Current Loc 148-2

## Department / Unit Information (For phone, please use prefix 310-42x-xxxx)

| Name | Address | Phone | Fax |
|---|---|---|---|
| 1 North | 4650 Lincoln Boulevard<br>Marina Del Rey CA 90292 | 310-823-8911 x5340 | 310-577-5644 |

## Patient Information and Language Preference

| Date of Birth | Gender | Preferred Language | Interpreter Needed? | Ethnic Group |
|---|---|---|---|---|
| Oct 17, 1948 | Male | English | No | Non-Hispanic |

## ⌨ Demographics

Comment

| Address | Home Phone | Work Phone | Mobile Phone |
|---|---|---|---|
| 123 DEFAULT ST<br>LOS ANGELES CA 90048 | 999-999-9999 | -- | 310-999-9999 |
| SSN | Insurance | Marital Status | Religion |
| xxx-xx-xxxx | MEDICARE | Single | No Religion |

## Physician Recommended Orders

## ☰ Transfer Facility Information

| | Most Recent Value |
|---|---|
| **Physician Section( For Report)** | |
| Name of Physician Caring for Patient at Destination Facility | — |
| Phone Number of Physician Caring for Patient at Destination Facility | — |
| I have Provided Sign-out to the Receiving Physician | — |
| Has a POLST form been filled out, with the original provided to the RN to send with the patient on transfer? | — |
| Primary Hospital Dx | — |
| Physician recommends that the following reports also be printed out to be sent to the receiving facility | — |
| Initial Consult Notes to Include, if any | — |
| **Case Management / Social Work Section** | |
| Receiving Facility Information | — |
| Additional Facility Contact Information (e.g phone and address) | — |
| Prior Living Arrangement | — |
| Plan of Care | — |
| If Isolation Specify Reason | — |

Agiza, Zuri (MR # 300176243) Printed at 3/5/20 1354

**EXHIBIT (C)**

# AFTER VISIT SUMMARY



**CEDARS-SINAI**
MARINA DEL REY HOSPITA

'uri Agiza MRN: 300176243

♀ 1 South  📅 8/30/2020 - 9/24/202(

## 🎎 Treatment Team

Provider
Verma, Nisha Renee, MD

Primary office phone
310-423-5252

## Your Latest Vitals

 Blood Pressure
**127/77**

BMI
**33.30**

 Weight
**219 lb**

Height
**5' 8"**

 Temperature (Oral)
**98.7 °F**

Pulse
**96**

 Respiration
**19**

 Oxygen Saturation
**95%**

## You are allergic to the following

No active allergies

## What's next

**SEP 24** **Follow up with BROADWAY HEALTHCARE CENTER**
Thursday Sep 24, 2020
Dr Jun Xu will f/u with patient within 1 week at facility

112 E BROADWAY
SAN GABRIEL CA 91776-1805
626-285-2165

## Medications

**Important Medication Information:**
- This is your medication list. If you have medications at home which are not on this list, do not take them without speaking with your doctor first.
- You can call your doctors with any questions regarding your medications.
- **It is important to read the instructions on the prescription bottle and compare them to this list. Medications, especially liquids, may be dispensed in different concentrations.**
- Review this medication list with your doctor at your follow up appointment.
- Always carry a current medication list with you in case of emergency.

**EXHIBIT (D)**